RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
Attorney for Plaintiff Richard Sepulveda

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SEPULVEDA, | Case No.: 2:24-cv-01966-DJC-AC |
| Plaintiff, | |
| v. | **ORDER** |
| GHERABALDY SERVICES, INC., ET AL., | |
| Defendants. | |

Having considered the signatory parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Sepulveda v. Gherabaldy Services, Inc., et al., Case No. 2:24-cv-01966-DJC-AC, is dismissed with prejudice with respect to defendants Gherabaldy Services, Inc., Dalvinder Grewal, Harpal Grewal, Taqueria Luisito Inc., and Westley Hotel Enterprise LLC, and all causes of action with respect to them, with each party to bear his/her/its own attorney's fees and costs.

Dated: May 6, 2025           /s/ Daniel J. Calabretta
                             _____
                             THE HONORABLE DANIEL J. CALABRETTA
                             UNITED STATES DISTRICT JUDGE